# Court of Appeals
# of the State of Georgia

ATLANTA,   October 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2180.  MARIE ANDREE v. JOHNNY MYERS et al.**

This appeal was docketed in this Court on August 4, 2014. Appellant's brief, including enumeration of error, was due to be filed no later than August 25, 2014. Court of Appeals Rules 22 (a) and 23 (a). To date, Appellant has not filed a brief and enumeration of error in this case, and no extension of time for filing has been requested or granted. Accordingly, Case Number A14A2180 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of her appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   10/16/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*